UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gennaro Labato, on behalf of the minor child Christopher Labato,
Plaintiff,

vs.

AEI Net Lease Income & Growth Fund XX Limited Partnership,
Defendant.

Civil File No. 00-27: 3 RHK/SRN

**STIPULATION TO AMEND INITIAL DISCLOSURES DEADLINE** AND ORDER

WHEREAS, the June 19, 2001 Pretrial Scheduling Order provides that "[a]ll initial disclosures required by Rule 26(a)(1) shall be completed on or before August 15, 2001";

WHEREAS, the parties have been proceeding in good faith to secure the just, speedy, and inexpensive determination of this action by informally communicating on the subject of Gennaro Labato ("Mr. Labato"), as a non-lawyer, representing plaintiff Christopher Labato, Mr. Labato's minor son;

WHEREAS, Mr. Labato has chosen for economic reasons not to retain an attorney to represent Plaintiff;

WHEREAS, Mr. Labato has agreed to notify defendant AEI Net Lease Income & Growth Fund XX Limited Partnership ("Defendant") of his decision on whether to agree to stipulate to the dismissal of this case without prejudice on or before August 23, 2001;

WHEREAS, if Mr. Labato does not agree, Defendant intends to move to dismiss the above referenced case without prejudice;



FILED AUG 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

WHEREAS, the parties believe that the interests of efficiency would best be served if the parties agree to postpone exchanging Rule 26(a)(1) initial disclosures until the Court rules on Defendant's expected motion;

WHEREAS, the parties respectfully request the Court to extend the initial disclosures deadline as follows:

1. All initial disclosures required by Rule 26(a)(1) shall be completed within 15 days of the date the Court rules on Defendant's expected motion to dismiss the case without prejudice based on Mr. Labato's representation, as a non-lawyer, of his minor son, if the Court denies Defendant's motion.

2. In the alternative, should Mr. Labato decide not to agree to stipulate to the dismissal of the case without prejudice and should Defendant decide not to bring its motion, Defendant must notify Mr. Labato within 15 days of receiving Mr. Labato's decision, and the parties shall exchange the initial disclosures required by Rule 26(a)(1) within 15 days of the date Defendant notifies Mr. Labato of its decision not to bring its motion.

**SO STIPULATED:**

Dated: August 15, 2001

Gennaro Labato
4540 Albritton Road
St. Cloud, FL 34772
(407) 957-6630

Dated: August 15, 2001

DORSEY & WHITNEY LLP

By [signature]
Heather J. Klaas (#28331 P)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Attorneys for Defendant

**SO ORDERED:**

Aug. 20, 2001

[signature]
The Honorable Susan Richard Nelson
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500