**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Gennaro Labato, on behalf of the minor child Christopher Labato,
Plaintiff,

v.

AEI Net Lease Income & Growth Fund XX Limited Partnership,
Defendant.

Civil File No. 00-2753 RHK/SRN

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
AND ORDER

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above captioned action stipulate that the above captioned action may be dismissed without prejudice, with each party bearing its own costs, attorney's fees and disbursements. Plaintiff's Voluntary Dismissal of Action, filed simultaneously with this document, is incorporated herein by reference.

Dated: September 10, 2001

DORSEY & WHITNEY LLP

By [signature]
Heather J. Klaas (#283319)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Attorneys for Defendant



FILED SEP 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

**IT IS HEREBY ORDERED:**

That the above captioned action is dismissed without prejudice.

9/10/01

The Honorable Richard H. Kyle
United States District Court Judge

IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
AUG 31 2001
CLERK US DIST COURT
ST. PAUL, MN

| | | |
|---|---|---|
| Gennaro Labato<br>on behalf of the minor child<br>Christopher Labato<br>Plaintiff<br>v.<br><br>AEI NET LEASE INCOME &<br>GROWTH FUND XX<br>Defendant | ) | Civil action No.<br><br>CV00.2753 RHK/SRN |

PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION

COMES NOW the Plaintiff, Gennaro Labato, on behalf of the minor child Christopher Labato, to voluntarily dismiss this action until such time as counsel may be obtained, or Christopher should reach his majority and be able to pursue this action on his own.

Respectfully submitted,

Gennaro Labato
for Christopher Labato

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true copy of the foregoing was sent by United States mail this ___ day of August, 2001 to:

Gennaro Labato